UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TEEL,
        Plaintiff,

v.

STATE OF WYOMING,
        Defendant.

Case No. 16-cv-00160-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the court regarding prison conditions and parole. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days has passed and plaintiff has not filed a complaint or an IFP application. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 16, 2016

PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2016\2016_00160_Teel_v_State_of_Wyoming_(PSP)\16-cv-00160-PJH-dis_ifp.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TEEL,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WYOMING,<br><br>        Defendant. | Case No. 16-cv-00160-PJH<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on February 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Teel ID: 28915  
Wyoming State Penitentiary  
P.O. Box 400  
Rawlins, WY 82301-0400

Dated: February 16, 2016

                                      Susan Y. Soong  
                                      Clerk, United States District Court

By:_____  
Nichole Peric, Deputy Clerk to the  
Honorable PHYLLIS J. HAMILTON